1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY J. CICERELLO,

       Plaintiff,             No. Civ. S-05-1096-DFL-JFM

    v.                      <u>RECUSAL ORDER</u>

THE LINCOLN ELECTRIC CO.,
et al.,

       Defendants.
_____/

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings.

    IT IS SO ORDERED.               **LAWRENCE K. KARLTON**

DATED: 6/17/2005          /s/ David F. Levi
                                  DAVID F. LEVI
                                  United States District Judge