UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY J. CICERELLO,

        Plaintiff,

   v.                            NO. CIV. S-05-1096 LKK/JFM

THE LINCOLN ELECTRIC COMPANY,
et al.,

        Defendants.
_____/

**ORDER OF RECUSAL AND REASSIGNMENT**

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that he has a "financial interest" within the meaning of 28 U.S.C. § 455(c) and (d)(4) in defendant Sears Roebuck and Company, 28 U.S.C. § 455(c) and (d)(4) mandates the disqualification of the undersigned.

    IT IS THEREFORE ORDERED that:

    1.  The undersigned recuses himself as the judge to whom this case is assigned;

////

1

1    2.   All currently scheduled dates in the above-captioned
2 action are **VACATED**;
3    3.   The Clerk of the Court reassign this case to another
4 judge for all further proceedings, making appropriate adjustments
5 in the assignments of civil cases to compensate for such
6 reassignment; and
7    IT IS SO ORDERED.
8 DATED:June 27, 2005

                                    /s/ Frank C. Damrell Jr. for
                                    Lawerence K. Karlton
                                    United States District Judge

    This case is reassigned to United States District Judge
    IT IS SO ORDERED.
DATED:  6/24/2005



                          _____
                          DAVID F. LEVI
                          Chief United States District Judge

2