Albert B. Norris (SBN 34756)
Stephen G. Blitch (SBN 70193)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendants
The Lincoln Electric Company; Hobart Brothers Company; The ESAB Group, Inc.; Airco, Inc.; Praxair, Inc.; Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation; Union Carbide Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY J. CICERELLO,<br><br>                    Plaintiff,<br><br>     vs.<br><br>THE LINCOLN ELECTRIC COMPANY; HOBART BROTHERS COMPANY; THE ESAB GROUP, INC.; MILLER ELECTRIC MANUFACTURING CO., INC.; AIRCO, INC.; UNION CARBIDE CORPORATION; ILLINOIS TOOL WORKS, INC.; SELECT ARC, INC.; PRAXAIR, INC.; TDY INDUSTRIES, INC.; VIACOM, INC.; WESTINGHOUSE ELECTRIC CORPORATION; CATERPILLAR, INC.; GENERAL ELECTRIC COMPANY; UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.; EUTECTIC CORPORATION; A.O. SMITH CORPORATION; SANDVIK, INC.; DELORO SATELLITE COMPANY, INC.; ARCOS INDUSTRIES, L.L.C.; and METROPOLITAN LIFE INSURANCE COMPANY ("METLIFE"),<br><br>                    Defendants. | Case No.: 2:05-CV-01096-WBS-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to <u>In re Welding Fume Products Liability Litigation</u>, MDL No. 1535 (N.D. Ohio).

The parties agree this stipulation will stay the Defendants' obligation to respond to the complaint, and the parties' right to propound discovery in this venue, unless and until the case is transferred to, and remanded from, the MDL proceeding. The parties respectfully request that this Court refrain from issuing any scheduling orders in this matter, including but not limited to case management orders and orders pertaining to Alternative Dispute Resolution, unless and until the case is transferred to, and remanded from, the MDL proceeding.

SO STIPULATED AND AGREED

DATED: _____   REED SMITH LLP

By  /s/ Thomas M. Freeman for
    Albert B. Norris
    Stephen G. Blitch
    Attorneys for Defendants
    The Lincoln Electric Company; Hobart Brothers Company; The ESAB Group, Inc.; Airco, Inc.; Praxair, Inc.; Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation; Union Carbide Corporation

DATED: _____   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By  /s/ Robert Kum
    Robert Kum
    Attorneys for Defendant Caterpillar, Inc.

| | |
|---|---|
| DATED: _____ | LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP |
| | By  /s/ Eric B. Fastiff |
| | Richard M. Heimann |
| | Robert J. Nelson |
| | Eric B. Fastiff |
| | Attorneys for Plaintiff Gary J. Cicerello |

The status conference currently set for September 26, 2005 is **reset** to November 21, 2005 at 9:00 am, pending transfer of this action to MDL No. 1535 (N.D. Ohio). If this matter has been transferred before that date, the parties shall so inform the court and the status conference will be vacated. If the matter has not been transferred, the parties shall file a joint status report seven calendar days before the conference, advising of the status of such transfer.

IT IS SO ORDERED.

DATED: August 4, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

– 3 –
STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

\\usoakfpb\mkirschbaum$\DOWNLOAD\3KERTESZ\Welding\Cicerello v Lincoln\e-filing\Cicerello Stipulation And Proposed Order to Stay Proceedings.doc

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 4 –
STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS