**A CERTIFIED TRUE COPY**

AUG 29 2005

FOR THE JUDICIAL PANEL
MULTIDISTRICT LITIGATION

**FILED**
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 11 2005

FILED
CLERK'S OFFICE

SEP 27 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DOCKET NO. 1535

2005 SEP -7 PM 35

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-29)

On June 23, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 242 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Kathleen McDonald O'Malley.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge O'Malley.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 23, 2003, 269 F.Supp.2d 1365 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Kathleen McDonald O'Malley.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 29 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio   Schumitoto
By:
Deputy Clerk

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS
## DOCKET NO. 1535
## IN RE WELDING FUME PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CALIFORNIA EASTERN | |
| CAE 2 05-1096 | Gary J. Cicerello v. Lincoln Electric Co., et al. |
| | |
| LOUISIANA EASTERN | |
| LAE 2 05-2694 | Kenneth Mahan, et al. v. Lincoln Electric Co., et al. |
| LAE 2 05-2696 | Paul McPherson, et al. v. Lincoln Electric Co., et al. |
| | |
| TENNESSEE MIDDLE | |
| TNM 3 05-406 | Horton Mayo v. A.O. Smith Corp., et al. |
| TNM 3 05-407 | Thomas J. Chisholm v. A.O. Smith Corp., et al. |
| TNM 3 05-408 | James Stidham v. A.O. Smith Corp., et al. |
| TNM 3 05-409 | Bobby J. Ferrell v. A.O. Smith Corp., et al. |
| TNM 3 05-410 | Thomas Duncheskie v. A.O. Smith Corp., et al. |
| TNM 3 05-411 | Rita Pascoe v. A.O. Smith Corp., et al. |
| TNM 3 05-412 | Edward Mosely v. A.O. Smith Corp., et al. |
| TNM 3 05-413 | Raymond E. Darnell v. A.O. Smith Corp., et al. |
| TNM 3 05-414 | James H. Cason v. A.O. Smith Corp., et al. |
| TNM 3 05-415 | Charles Forrest v. A.O. Smith Corp., et al. |
| TNM 3 05-416 | James Hallums v. A.O. Smith Corp., et al. |
| TNM 3 05-417 | Michael Chisholm v. A.O. Smith Corp., et al. |
| TNM 3 05-418 | Rodger E. McDonald v. A.O. Smith Corp., et al. |
| | |
| TEXAS EASTERN | |
| ~~TXE 2 05-307~~ | ~~Wallace Reed Bullard v. Airco, Inc., et al.~~   Opposed 8/16/05 |